**Electronically Filed**
**Supreme Court**
**SCWC-12-0001109**
**05-APR-2016**
**07:54 AM**

SCWC-12-0001109

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

CLAUDIA ROHR, Petitioner/Plaintiff-Appellant,

vs.

CRIME VICTIM COMPENSATION COMMISSION,
of the State of Hawai'i, Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001109; CIVIL NOS. 11-1-0299 and 11-1-300
(Consolidated))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Claudia Rohr's application for writ of certiorari filed on February 22, 2016, is hereby rejected.

DATED: Honolulu, Hawai'i, April 5, 2016.

Claudia Rohr                    /s/ Mark E. Recktenwald
petitioner pro se
                                /s/ Paula A. Nakayama
Richard W. Stacey and
Diane K. Taira                  /s/ Sabrina S. McKenna
for respondent
                                /s/ Richard W. Pollack

                                /s/ Michael D. Wilson

